UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |
|---|---|
| ANGELA CLEMENTE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Civil Action No. 08-1252 (PLF)

---

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that [10] the defendants' motion for summary judgment and [34] the

defendants' supplemental motion for summary judgment are DENIED with prejudice as to Count

II and without prejudice as to Counts I and III of the plaintiff's second amended complaint; it is

FURTHER ORDERED that [25] plaintiff's cross-motion for summary judgment

is GRANTED as to Count II and DENIED without prejudice as to Counts I and III of her second

amended complaint; it is

FURTHER ORDERED that judgment is entered for the plaintiff on Count II of

her second amended complaint; it is

FURTHER ORDERED that the FBI shall supplement its Vaughn index as

directed in the Opinion accompanying this Order; and it is

FURTHER ORDERED that the parties shall file a proposed case management

plan and schedule for future proceedings in this case on or before October 13, 2010.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   September 28, 2010